1 | **THEO TORRES**
California State Bar No. 324059
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
Theo_Torres@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GEORGE RUSSEL ISBELL, JR,<br><br>          Defendant. | CASE NO.:   25-mj-05450-SBC-1<br><br>**NOTICE OF APPEARANCE<br>AS LEAD COUNSEL** |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Theo Torres, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

Respectfully submitted,

Dated:  October 9, 2025

*s/ Theo Torres*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email:  Theo_Torres@fd.org